**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

ZEN DESIGN GROUP, LIMITED,

    Plaintiff,

v.                                                  Case No. 16-12936

SCHOLASTIC, INC.,

    Defendant.
_____/

### SUPPLEMENTARY NOTICE OF MOTION HEARING

The motion hearing on Scholastic's Motion for Summary Judgment of Noninfringement for its "Top Secret" Ultraviolet Light Pens (ECF No. 60), originally scheduled for June 19, 2019 at 2:00 PM (ECF No. 61), is re-set for **June 20, 2019 at 11:30 am.** Additionally, the court advises counsel that the court requests a physical tutorial/demonstration (by both parties, if desired) concerning the Scholastic pens at issue. The court anticipates that no more than ten minutes is needed for such tutorial, and legal argument will follow.

### Certificate of Service

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 12, 2019, by electronic and/or ordinary mail.

                                                      s/Lisa Wagner                /
                                                      Case Manager and Deputy Clerk
                                                      (810) 292-6522